# UNITED STATES DISTRICT COURT
for the

RECEIVED
JUN 07 2024
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Hawes, Robert Dennis
*Petitioner*

v.

Case No. 3:24-cv-00124-JMK
*(Supplied by Clerk of Court)*

Angol, S (Superintendent 3)
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Robert Dennis Hawes
   (b) Other names you have used: ___

2. Place of confinement:
   (a) Name of institution: Goose Creek Correctional Facility
   (b) Address: 22301 W. Alsop Rd. Wasilla, Alaska 99623
   ___
   (c) Your identification number: ___

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain: ___

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: ___
   (b) Docket number of criminal case: ___
   (c) Date of sentencing: ___
   ☐ Being held on an immigration charge
   ☐ Other (explain): ___

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

    ☒ Pretrial detention

    ☐ Immigration detention

    ☐ Detainer

    ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

    ☐ Disciplinary proceedings

    ☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court: __Palmer Alaska Superior Court__

    (b) Docket number, case number, or opinion number: __3PA-21-01098CR__

    (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: __Continued pre-trial incarceration__

    (d) Date of the decision or action: __Arrested on June 5th, 2021__

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?
    ☐ Yes  ☒ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

_____
_____

(b) If you answered "No," explain why you did not appeal: _____

_____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   _____
   _____
   _____
   _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

   _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   _____
   _____

_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____
_____

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes  ☒ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☐ Yes  ☐ No

   If "Yes," provide:

   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____
   _____
   _____
   _____
   _____

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes  ☒ No

   If "Yes," provide:

   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____
   _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: <u>I am a pre-trial Detainee</u>

11. **Appeals of immigration proceedings**

    Does this case concern immigration proceedings?

    ☐ Yes     ☒ No

    If "Yes," provide:

    (a) Date you were taken into immigration custody: _____
    (b) Date of the removal or reinstatement order: _____
    (c) Did you file an appeal with the Board of Immigration Appeals?

    ☐ Yes     ☒ No

    If "Yes," provide:
    (1) Date of filing: _____
    (2) Case number: _____
    (3) Result: _____
    (4) Date of result: _____
    (5) Issues raised: _____

    (d) Did you appeal the decision to the United States Court of Appeals?

    ☐ Yes     ☒ No

    If "Yes," provide:
    (1) Name of court: _____
    (2) Date of filing: _____
    (3) Case number: _____

  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____

_____
_____
_____
_____
_____
_____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes    ☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

    _____
    _____
    _____
    _____
    _____
    _____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** State has denied Defendant his U.S. Constitutional right to bail by imposing "Excessive Conditions and punishments".

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(1) The State has scheduled and continued multiple pre trial conferences/ bail hearings without Defendent's knowledge or consent;

(2) State has failed to show cause, has shown continued bias by presenting presumptions of Defendent's performance by citing "Other persons past performances", not the Defendent's actual histories.

(3) Conditions are excessive and are biased by the State's Judicial officers actions.

(b) Did you present Ground One in all appeals that were available to you?

XX] Yes ☐ No

GROUND TWO: Defendent denied Preliminary Examination;

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Judicial Officer, at First Apearance, failed to inform Defendent of his right to a Preliminary Examination. He was charged with felonies without an inditement. The Defendent is entitled to a Preliminary Examination.

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes XX] No

GROUND THREE: Grand Jury inditement is flawed; Violations of deadlines for inditements and Grand Jury; Misdated inditements; Witheld exculpitory evidence during Grand Jury proceedings;

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Inditement is flawed and must be dismissed due to: Intentionaly misleading evidence and intentional exclusion of exculpitory evidence by prosecution. Defendent was arrested June 5,2021. Grand Jury hearing held June 29,2021. Inditements were recorded as being entered June 16,2021. Inditement/arrainment proceedings were held without Defendent's knowledge or presence.

(b) Did you present Ground Three in all appeals that were available to you?

XX] Yes ☐ No

**GROUND FOUR:** State has failed to get Defendent to trial within the time limit set by Federal Law under the Speedy Trial act of the Alaskan and the U.S. Constitution, iniating a Rule 45 Violation:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Since Defendent's arrest on June 5, 2021, 1,087 days have transpired; Approx. 967 days past the Federal Statute limit; With very little legal representational contact; Is being held with no true evidence; Is confused and blinded by the delay and is ultimately unaware of his case status to include any projected trial date in the forseeable future. The time and situation involving the Defendent's incarceration constitutes predjudice against the Defendent by the State of Alaska.

(b) Did you present Ground Four in all appeals that were available to you?
XX☐ Yes  ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: The Defendent wishes the charges against him to be dismissed, with predjudice, and the said charges removed from the record as to be unviewable by any background search that a potential employer might see.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____ May 19, 2024 _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 5/19/2024            _____
                                          *Signature of Petitioner*


                                          _____
                                          *Signature of Attorney or other authorized person, if any*

Robert Hawes 393591
C/O Goose Creek Correctional Center
~~22301~~ 22301 W. Alsop Rd.
Wasilla, AK. 99623



U.S. District Court
Clerk of Court
222 W. 7th Ave. #4
Anchorage, Alaska 99513

CONFIDENTIAL/LEGAL MAIL