United States
V
Johnson
United States District Court
for the Southern District of Ohio
Western Division
January 17, 2024, filed
Case No. 1:22-cr-89


A. Sixth Amendment
The remedy for a Sixth Amendment speedy trial violation is
dismissal with prejudice. Id.at554

1. Length of Delay
There is no dispute that where the lenght of delay is over
ONE YEAR, as is the case here, Prejudice is Presumed.

   Sutton,862 F.3d at 559
That this factor is met triggers analysis of the remaining
Barker Factors.

2. Reason for Delay
Bucket One,
Weighs strongley against the goverment/State,
If the Goverment/State engineers a delay in Bad Faith " to hamper
the defense" or obtain tactical advantage.

Bucket Two,
Weighs against the Goverment/State
when cause for delay is invalid but without bad intent.
"Negligence" or the Judicial branch's "Overcrowed"
Dockets.

Bucket Three.
Weighs in favor of the Goverment/State if it identifies a
legitmate reason for delay,or the Defendant causes it.
Pre-Trial Motion by defense, or ask for continuances, or
defendant's decision to seek new counsel.

86 F.4th 295, 304-305(6th Cir. 2023)

The Goverment Bears the burden of explaining the cause of delay.
Sutton,862 F.3d at 559

3. Defendant's Assertion of his/he Rights
The defendant's assertion is entitled to strong evidentary weight
in determining whether the defendant is being deprived of the
right.

4. Prejudice to the defendant
Requires the defendant to show that substantial prejudice has
resulted from delay.

1. To prevent oppresive pre-trial incarceration??

2. To minimize Anxiety and concerns due to unreasonable criminal charges???

3. To minimize damage to the defense. (most important Factor)

Pre-Trial Detention Violates the
Fifth Amendment when it ammounts to punishment of the detainee.

1. The lenght of detention.(12-17 months favor the defendant)

2. The extent of the prosecutions responsibilty for the delay
of trial. (Gov/State responsibility for delay favor the defendant

3. The gravity of charges.

4. The strength of the evidence of which detention was based?