Amos
V
State of Alaska
2021 WL 5108496
Court of Appeals
No. A-13362
Nov. 3, 2021

Period of delay resulting from an adjornment or continuance granted at the timely request or with the consent of the defendant AND the defendant's Counsel are excluded.

Alaska Criminal Rule 45,
Places upon the court and the State the Primary responsibilty for assuring defendant;s recive a speedy trial.

Defense Counsel's Dilatory treatment of a case does not relieve the court or the prosecution of their duties under the rule.

The burden is upon the State to give a speedy trial or be denied the power to prosecute.