Peterkin v.

ALASKA

ALSKA CRIMINAL RULE 45, Provide in part:
(b) A defendant charged with either a felony or misdemeanor
SHALL be tried within Four months from the time set forth in
section (c).

Section (c)
The time for trial SHALL begin running without demand by the
defendant, as follows,
(1) From the date the defendant is arrested, initally arraigned,
or from the date the charge is served upon the defendant, whichev
whichever is FIRST.

Under our system of Criminal Justice,
it is the proscution which initiates a case and which has the
power of goinf forward with it.

We Reaffirm
Glasgow, that the burden is upon the State to give a speedy trial
or be denied the power to prosecute.

Alaska Rule provides,
The time for trial SHALL begin running without demand by the
defendant.