Jane Martinez
Law Office of Jane B. Martinez, LLC
P.O. Box 113201
Anchorage, AK 99511
(907) 264-6793

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT DENNIS HAWES, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Case No. |
| ) | 3:24-cv-00124-SLG |
| SUPERINTENDENT ANGOL, ) | |
| ) | |
| Respondent. ) | |
| _____ | |

**ENTRY OF APPEARANCE**

Undersigned counsel hereby enters an appearance as CJA counsel for purposes of petitioner's 28 U.S.C. 2241 proceeding.

Dated this 6th day of September 2024.

*/s/ Jane Martinez (CJA app't)*
Attorney for Petitioner/Appellant
Law Office of Jane B. Martinez, LLC

Certificate of Service.
I certify that on the date above this document was
filed and served electronically on attorneys of record
using CM/ECF.
*/s/ Jane Martinez*

1