IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT **PALMER**

# COMPLAINT

| STATE OF ALASKA | Plaintiff | Case No: AK 21061200 |
| vs. | | |
| **HAWES, ROBERT DENNIS** | Defendant | |

| Date of Birth: **09/13/1953** | APSIN: **AK6774019** |
| ATN: **117423972** | DV Related: ☐ Yes ☑ No |
| Oper Lic No: **6774019 AK** | CDL? ☐ Yes ☑ **No** |
| Address: | |

| CTN: **1** | Offense: **AS11.41.434(a)(1)** | Class: **Unclassified Felony** |

**Sexual abuse of a minor in the first degree**

☐ Attempt - AS11.31.00   ☐ Solicitation - AS11.31.110   ☐ Conspiracy - AS11.31.120   ☐ Gang-Related - AS12.55.137

**Traffic Offense:** ☐ Highway Work Zone   ☐ Traffic Safety Corridor
**Commercial Vehicle?** ☐ Yes ☑ No   **Type:** ☐ >26,000lbs.   ☐ >15 passengers   ☐ Hazardous Materials

THE COMPLAINANT STATES that on or about **06/04/2021**, at or near **WASILLA**, in the **Third** Judicial District, State of Alaska, the above-named Defendant did unlawfully commit the offense of **Sexual abuse of a minor in the first degree** when he/she:

being 16 years of age or older, he/she engaged in sexual penetration with a person who was under 13 years of age or aided, induced, caused, or encouraged a person who was under 13 years of age to engage in sexual penetration with another person; *AS11.41.434(a)(1)

**VRA CERTIFICATION:**

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

I certify under penalty of perjury that the foregoing is true.

_6-5-21_
Date

_[signature]_
Complainant's Signature

_Shannon Fox    Investigator_
Type or Print Name and Title

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA  
AT **PALMER**

# COMPLAINT

| STATE OF ALASKA | Plaintiff |
|---|---|
| vs. | |
| **HAWES, ROBERT DENNIS** | Defendant |

Case No: _____

| Date of Birth: 09/13/1953 | APSIN: AK6774019 |
|---|---|
| ATN: 117423972 | DV Related: ☐ Yes ☑ No |
| Oper Lic No: 6774019 AK | CDL? ☐ Yes ☑ No |
| Address: | |

| CTN: 2 | Offense: AS11.41.434(a)(1) | Class: Unclassified Felony |
|---|---|---|

**Sexual abuse of a minor in the first degree**

☐ Attempt - AS11.31.00   ☐ Solicitation - AS11.31.110   ☐ Conspiracy - AS11.31.120   ☐ Gang-Related - AS12.55.137

Traffic Offense: ☐ Highway Work Zone   ☐ Traffic Safety Corridor  
Commercial Vehicle? ☐ Yes ☑ No   Type: ☐ >26,000lbs. ☐ >15 passengers ☐ Hazardous Materials

THE COMPLAINANT STATES that on or about **06/04/2021**, at or near **WASILLA**, in the **Third** Judicial District, State of Alaska, the above-named Defendant did unlawfully commit the offense of **Sexual abuse of a minor in the first degree** when he/she:

being 16 years of age or older, he/she engaged in sexual penetration with a person who was under 13 years of age or aided, induced, caused, or encouraged a person who was under 13 years of age to engage in sexual penetration with another person; *AS11.41.434(a)(1)

**VRA CERTIFICATION:**

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

I certify under penalty of perjury that the foregoing is true.

_6-5-21_  
Date

_[signature]_  
Complainant's Signature

_[signature] Investigator_  
Type or Print Name and Title

# COMPLAINT

| STATE OF ALASKA | Plaintiff | Case No: _____ |
|---|---|---|
| vs. | | |
| **HAWES, ROBERT DENNIS** | Defendant | |

| Date of Birth: **09/13/1953** | APSIN: **AK6774019** |
|---|---|
| ATN: **117423972** | DV Related: ☐ Yes ☑ No |
| Oper Lic No: **6774019 AK** | CDL? ☐ Yes ☑ No |
| Address: | |

| CTN: **3** | Offense: **AS11.41.434(a)(1)** | Class: **Unclassified Felony** |
|---|---|---|

**Sexual abuse of a minor in the first degree**

☐ Attempt - AS11.31.00   ☐ Solicitation - AS11.31.110   ☐ Conspiracy - AS11.31.120   ☐ Gang-Related - AS12.55.137

Traffic Offense: ☐ Highway Work Zone  ☐ Traffic Safety Corridor  
Commercial Vehicle? ☐ Yes ☑ No  Type: ☐ >26,000lbs.  ☐ >15 passengers  ☐ Hazardous Materials

THE COMPLAINANT STATES that on or about **06/04/2021**, at or near **WASILLA**, in the **Third** Judicial District, State of Alaska, the above-named Defendant did unlawfully commit the offense of **Sexual abuse of a minor in the first degree** when he/she:

being 16 years of age or older, he/she engaged in sexual penetration with a person who was under 13 years of age or aided, induced, caused, or encouraged a person who was under 13 years of age to engage in sexual penetration with another person; *AS11.41.434(a)(1)

**VRA CERTIFICATION:**

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

I certify under penalty of perjury that the foregoing is true.

_6-5-21_  
Date

_[signature]_  
Complainant's Signature

_Shannon Fox Investigator_  
Type or Print Name and Title

# AFFIDAVIT by Police Officer

## In Support of Complaint

Related Search Warrant(s): <u>3AN-21-02183</u>

| State of Alaska, | | |
| --- | --- | --- |
| Plaintiff, | | |
| vs. | | |
| Robert Hawes | Defendant 1 of 1. | |
| Date of Birth: 9-13-53 | APSIN: 6774019 | |
| Operator License Number: 6774019 | | |
| State: ☒ AK ☐ | CDL? ☐ Yes ☒ No | |
| Mailing Address: 18455 S. Guernsey Road | | |
| City: Wasilla | State: AK | ZIP: 99654 |

**CASE NO. AK21061200**

| Defendant(s) | ATN | CTN(s) | Date Offense | Offense Location |
| --- | --- | --- | --- | --- |
| Robert Hawes | 117423972 | 1-3 | 6-4-2021 | 18455 S. Guernsey Road, Wasilla |

I, Investigator Shannon Fore                                                   attest to the following and state:
On 6/4/21, at approximately 2156 hours, David Goodrich reported that his granddaughter KG, age 4, (DOB 6-27-2016) had been playing at the neighbor's house, and when he brought her home KG told him that Robert Hawes, the other child Joshua's father, had asked her to suck his "cock", and when she didn't, Robert pulled down her pants and licked her and put his fingers in her vagina.
On 6/4/21, at approximately 2200 hours, I was notified by Trp. Werschey, of the report made by David Goodrich. I called The Children's Place, in Wasilla, to schedule an appointment for an immediate interview and SART exam for KG. I was informed by Carol Clausen that there was no medical provider available at The Children's Place. I called Alaska CARES in Anchorage and notified them that we had a case where we needed medical services.
On 6/4/21, at approximately 2243 hours, I called David Goodrich and we planned for him to get his son Cole Goodrich, and his granddaughter KG, to Anchorage. David lives near Point Mackenzie, and Cole was out setting up a bear bait station, so David informed me that it was going to take a while for him to get to Anchorage. I called Alaska CARES back and let them know that it would be at least 0100 hours, on 6/5/21, before David could make it to CARES.
On 6/5/21, at approximately 0129 hours, David called me and said that they were in Wasilla, and on their way to Anchorage.
On 6/5/21, at approximately 0245hrs, I had a pre-conference with David Goodrich, at Alaska CARES, in Anchorage. The interview was digitally recorded and entered into evidence. David Goodrich in essence stated the following: Robert Hawes has a son Joshua, and the kids have played ever since

we moved in. I have known Robert Hawes for years. They all get along really good. Joshua is the kid and he is out of school. Today they were out playing, and I could see them out the window. I hadn't seen KG for a while, and I went next door and checked on her and she was having fun. Josh said that his dad was sleeping, that was about 1930 hours. My son was leaving about 9pm and I went to get KG. I told KG to get her shoes and we went out of the house and walked over to our house. I sat on the couch and not even 5 minutes went by and she walked up and said papa, Rob asked me to "suck his cock". Those words have never been used in our house. She said that Rob pulled her pants down and put his finger inside of her. Then a little bit later KG said that Rob licked her on her privates and said he pulled her pants down and spread her legs and put her on the couch and licked her. I called 911, and KG was saying the same things when I called them.

On 6/5/21, at approximately 0320 hours, I observed Shanda Gregoroff, from Alaska CARES, interview KG. The interview was digitally recorded and entered into evidence. KG in essence stated the following: I'm 4 years old. I live with my grandpa and his son. My dad's name is Cole (Goodrich). I have one dog named Ike at home. Ike comes when he is told too. I love my daddy, he protects me. My grandpa takes me to the store. I like my grandpa so much I never get mad at him. I'm here today because of someone next door, named Rob and Josh. Rob made me almost suck his "umm". Rob was licking me right here with his tongue. (she pointed to her private area) (A BPI was done and KG identified the female genitalia as private part, the female buttocks as "butt", the male genitalia as "I don't know the word", and the male buttocks as "butt".) Rob was licking my private parts and using his finger too. "Rob was putting his sucker inside of me so he could pee inside of me." (Shanda used dolls with KG to help her demonstrate what Rob did and KG identified the male genitalia as "sucker" and demonstrated the male doll putting his genitalia into the genitalia of the female doll) Rob pulled his pants down, and then was trying to get me to suck it. He wanted me too, so I backed up. Josh was downstairs, I didn't want Rob to try to put his sucker in me, but he put his sucker inside my private part. His sucker was soft, and it wiggled. It ended and Rob spanked me but not hard. Rob let go and I was trying to find Josh. Josh was downstairs and we were playing hide and seek, and then I had to go home. When Rob did what he did, it made me feel good. Rob made me sit on his sucker with my privates. I don't remember what Rob said. His sucker didn't go anywhere else on my body. Robs clothes were on and off, and he went to bed, and it was Josh's bedtime. Josh goes to his mom's tomorrow. Maybe I can go over there too. Rob wanted me to kiss and suck on his sucker. The first person I told about what Rob did was my Papa, my dad was on a bear hunt. My dad is going to kill Rob and murder Josh and I don't want him to do that because then I won't be friends with him anymore. When I get in trouble my dad spanks me and then I listen. I get spanked on my butt. Sometimes it leaves some red on my butt and makes me cry. I don't have any "owies" on my body right now. I'm worried about Rob because I love Rob. I was crying because my dad said he was going to murder Josh.

A SART kit from KG was collected by Mindy Goorchenko at Alaska CARES. Mindy reported that KG had a perineal abrasion that is highly suggestive of sexual abuse, along with genital tenderness and erythema.

On 6/5/21, at approximately 0701 hours, I applied for and was granted search warrant #3AN-21-02183 to obtain a buccal swab of Roberts DNA, and a suspect SART kit to include penile swabs, swabs of his fingers, and photo's of his clothed and unclothed body.

On 6/5/21, at approximately 0957 hours, I arrived at Roberts residence and interviewed Robert Hawes. Robert stated that he had a few drinks last night but remembered pretty much all of the

evening. Robert stated that KG played hide and seek and was happy and playing games. Robert denied that he touched KG or penetrated her vagina. Robert declined to agree to DNA swabs being taken. Robert was notified of the search warrant and transported to Palmer Post where the search warrant was executed and swabs and photo's were obtained according to the warrant.

After conferring with ADA Howard, Robert Hawes was arrested and remanded on three counts of Sexual Abuse of a Minor I. One count for oral penetration with KG's vagina. One count for digital penetration of KG's vagina, and one count for penile penetration of KG's vagina.

VRA CERTIFICATION. I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

_6.5-21_
Date

_[signature]_
Complainant's Signature

_Shannon Fox         Investigator_
Type or Print Name and Title

Subscribed and sworn to or affirmed before me at _Palmer_, Alaska, on _6/5/21_.

(SEAL)

STATE OF ALASKA
NOTARY PUBLIC
Tommi Parker-Allen
My Commission Expires Sep 16, 2024

_[signature]_
Notary Public or other person authorized to administer oaths.
My commission expires: _9/16/24_

NVOL Criminal Complaint (10/2013)
Criminal Rule 3
Case 3:24-cv-00124-SLG-KFR    Document 13-1    Filed 01/27/25    Page 6 of 6
Exhibit 1
Page 6 of 6
Page 3 of 3