# 3PA-21-01098CR State of Alaska vs. Hawes, Robert Dennis TVJ

- Case Type:
- Criminal
- Case Status:
- Reopened
- File Date:
- 06/06/2021
- Case Judge:
- Jamgochian, Thomas V
- Next Event:
- 01/08/2025

**All Information** | **Party** | **Charge** | **Event** | **Docket**

## Party Information

**Hawes, Robert Dennis**
**- Defendant**

- DOB
- 09/13/1953

**Alias**

**Party Attorney**
- Attorney
- Ayer, Timothy
- Bar Code
- 1011101
- Phone
- (907)334-4400
- Attorney
- Public Defender Agency (3PA)
- Bar Code
- PD3PA
- Phone

**State of Alaska**
**- Prosecution**

- DOB

**Alias**

**Party Attorney**
- Attorney
- District Attorney (3PA)
- Bar Code
- DA3PA
- Phone
- (907)761-5648

## Party Charge Information

- **Hawes, Robert Dennis**
- **- Defendant**
- **Charge # 1:**
- **AS1141434a1 - Unclassified Felony**     AS11.41.434(a)(1): Sex Abuse Minor 1- Penetrate Vic Undr 13

- Original Charge
- AS1141434A1 AS11.41.434(a)(1): Sex Abuse Minor 1- Penetrate Vic Undr 13 (Unclassified Felony)
- Indicted Charge
- AS1141434A1 AS11.41.434(a)(1): Sex Abuse Minor 1- Penetrate Vic Undr 13 (Unclassified Felony)
- Amended Charge
- 
- DV Related?
- No
- Modifiers
- None
- Stage Date
- 06/14/2021

- ATN #
- 117423972
- Tracking #
- 001
- Offense Location
- Wasilla
- Date of Offense
- 06/04/2021

- **Hawes, Robert Dennis**
- **- Defendant**
- **Charge # 2:**
- **AS1141434a1 - Unclassified Felony**     AS11.41.434(a)(1): Sex Abuse Minor 1- Penetrate Vic Undr 13

- Original Charge

- ATN #

- AS1141434A1 AS11.41.434(a)(1): Sex Abuse Minor 1- Penetrate Vic Undr 13 (Unclassified Felony)
- Indicted Charge
- AS1141434A1 AS11.41.434(a)(1): Sex Abuse Minor 1- Penetrate Vic Undr 13 (Unclassified Felony)
- Amended Charge
- 
- DV Related?
- No
- Modifiers
- None
- Stage Date
- 06/14/2021

- 117423972
- Tracking #
- 002
- Offense Location
- Wasilla
- Date of Offense
- 06/04/2021

**Hawes, Robert Dennis**
- Defendant
Charge # 3:
AS1141434a1 - Class A Felony     AS11.41.434(a)(1): Sex Abuse Minor 1- Penetrate Vic Undr 13

- Original Charge
- AS1141434A1 AS11.41.434(a)(1): Sex Abuse Minor 1- Penetrate Vic Undr 13 (Unclassified Felony)
- Indicted Charge
- AS1141434A1 AS11.41.434(a)(1): Sex Abuse Minor 1- Penetrate Vic Undr 13 (Class A Felony)
- Amended Charge
- 
- DV Related?
- No
- Modifiers
- Attempt
- Stage Date
- 06/14/2021

- ATN #
- 117423972
- Tracking #
- 003
- Offense Location
- Wasilla
- Date of Offense
- 06/04/2021

**Hawes, Robert Dennis**
- Defendant
Charge # 4:
AS1141436a2 - Class B Felony     AS11.41.436(a)(2): Sex Abuse Minor 2-Contact, Vict Undr 13

- Original Charge
- AS1141436A2 AS11.41.436(a)(2): Sex Abuse Minor 2-Contact, Vict Undr 13 (Class B Felony)
- Indicted Charge
- AS1141436A2 AS11.41.436(a)(2): Sex Abuse Minor 2-Contact, Vict Undr 13 (Class B Felony)
- Amended Charge
- 
- DV Related?
- No
- Modifiers
- None
- Stage Date
- 06/14/2021

- ATN #
- 117423972
- Tracking #
- 004
- Offense Location
- Wasilla
- Date of Offense
- 06/04/2021

## Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 06/06/2021 10:00 AM | Palmer Courthouse | Arraignment | Hearing Held | District Court Criminal 3PA (Palmer) |
| 06/16/2021 01:00 PM | Palmer Courthouse | Preliminary Hearing (3PA) | Hearing Vacated | District Court Criminal 3PA (Palmer) |
| 06/16/2021 02:30 PM | Courtroom 3, Palmer Courthouse | Arraignment: Superior Court (In Custody) | Hearing Held | Not Assigned (3PA03) |
| 07/29/2021 02:30 PM | Courtroom 4, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Woodman, Jonathan A |
| 09/27/2021 08:30 AM | Courtroom 4, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Woodman, Jonathan A |
| 10/27/2021 02:30 PM | Courtroom 5, Palmer Courthouse | Bail Hearing: Superior Court (In Custody) | Hearing Held | Jamgochian, Thomas V |
| 11/18/2021 02:00 PM | Courtroom 4, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Vacated | Woodman, Jonathan A |
| 12/10/2021 09:00 AM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 01/04/2022 03:00 PM | Courtroom 8, Palmer Courthouse | Bail Hearing: Superior Court (In Custody) | Hearing Reset | Kristiansen, Kari C |
| 01/10/2022 08:30 AM | Courtroom 4, Palmer Courthouse | Scheduled Trial Week | Hearing Vacated | Woodman, Jonathan A |

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 01/20/2022 01:00 PM | Courtroom 8, Palmer Courthouse | Bail Hearing: Superior Court (In Custody) | Hearing Held | Kristiansen, Kari C |
| 01/31/2022 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Kristiansen, Kari C |
| 02/25/2022 09:00 AM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 03/29/2022 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Kristiansen, Kari C |
| 03/30/2022 01:30 PM | Courtroom 8, Palmer Courthouse | Bail Hearing: Superior Court (In Custody) | Hearing Held | Kristiansen, Kari C |
| 04/15/2022 09:00 AM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 05/23/2022 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Continued | Kristiansen, Kari C |
| 06/10/2022 09:00 AM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 06/27/2022 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Kristiansen, Kari C |
| 07/15/2022 09:00 AM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 08/02/2022 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Kristiansen, Kari C |
| 08/11/2022 02:30 PM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 09/06/2022 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Kristiansen, Kari C |
| 09/23/2022 09:00 AM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 10/10/2022 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Continued | Kristiansen, Kari C |
| 10/21/2022 09:00 AM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 11/14/2022 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Kristiansen, Kari C |
| 12/02/2022 09:00 AM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 12/19/2022 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Kristiansen, Kari C |
| 01/04/2023 02:30 PM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 01/23/2023 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Kristiansen, Kari C |
| 02/08/2023 02:30 PM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 02/27/2023 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Kristiansen, Kari C |
| 04/19/2023 02:30 PM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 05/08/2023 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Kristiansen, Kari C |
| 06/28/2023 02:30 PM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 07/17/2023 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Kristiansen, Kari C |
| 08/02/2023 02:30 PM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 08/21/2023 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Kristiansen, Kari C |
| 09/06/2023 02:30 PM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 09/25/2023 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Kristiansen, Kari C |
| 10/11/2023 02:30 PM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 10/30/2023 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Kristiansen, Kari C |
| 11/15/2023 02:30 PM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 12/04/2023 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Kristiansen, Kari C |
| 12/13/2023 02:30 PM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 01/08/2024 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Kristiansen, Kari C |
| 01/24/2024 02:30 PM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 01/29/2024 09:30 AM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 02/12/2024 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Kristiansen, Kari C |
| 04/03/2024 02:30 PM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 04/04/2024 08:30 AM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Kristiansen, Kari C |
| 04/22/2024 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Kristiansen, Kari C |
| 06/12/2024 02:30 PM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Held | Not Assigned (3PA02) |
| 06/20/2024 08:30 AM | Courtroom 8, Palmer Courthouse | Trial Status: Superior Court | Hearing Held | Miller, Gregory A |
| 08/21/2024 02:30 PM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Jamgochian, Thomas V |
| 09/09/2024 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Jamgochian, Thomas V |
| 10/30/2024 02:30 PM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Jamgochian, Thomas V |
| 11/06/2024 09:00 AM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Held | Jamgochian, Thomas V |
| 11/18/2024 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Not Assigned (3PA02) |
| 11/18/2024 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Jamgochian, Thomas V |
| 12/04/2024 02:30 PM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | Hearing Continued | Jamgochian, Thomas V |
| 12/16/2024 02:00 PM | Courtroom 8, Palmer Courthouse | Representation Hearing | Hearing Held | Jamgochian, Thomas V |
| 12/30/2024 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | Hearing Reset | Jamgochian, Thomas V |
| 01/08/2025 02:30 PM | Courtroom 8, Palmer Courthouse | Pre-Trial Conference: Superior Court Criminal | | Jamgochian, Thomas V |
| 01/27/2025 08:30 AM | Courtroom 8, Palmer Courthouse | Scheduled Trial Week | | Jamgochian, Thomas V |

**Docket Information**

| Date | Docket Text |
|---|---|
| 06/06/2021 | Initial Charging Document Filed |
| 06/06/2021 | Attorney Information<br>Attorney Public Defender Agency (3PA) representing Defendant Hawes, Robert Dennis as of 06/06/2021 |

Case 3:24-cv-00124-SLG-KFR     Document 13-2     Filed 01/27/25     Page 4 of 9

Exhibit 2 - Page 4 of 9

| Date | Docket Text |
|---|---|
| 06/06/2021 | Orders and Conditions of Release/Temporary Order - $75,000 Cash Appearance & $100,000 Cash Performance & PED / EM w/ alcohol monitoring; no contact with alleged victim or alleged victim's family; no contact with minors; do not possess alcohol |
| 06/10/2021 | Entry of Appearance - Richard Allen<br>Public Defender Agency (3PA) (Attorney) on behalf of Robert Dennis Hawes (Defendant) |
| 06/14/2021 | Orders and Conditions of Release/Temporary Order- $75,000 Cash App + $100,000 Cash Perf w/PED & EM |
| 06/14/2021 | Indictment Filed in Superior Court. Jurisdiction Transferred to Superior Court. |
| 06/16/2021 | Felony Pretrial Order |
| 06/16/2021 | Orders and Conditions of Release/Temporary Order - $75,000 Cash Appearance + $100,000 Cash Performance w/ PED & EM |
| 06/29/2021 | Attorney Information<br>Attorney Ayer, Timothy representing Defendant Hawes, Robert Dennis as of 06/29/2021 |
| 07/19/2021 | Notice of: Confidential Filing<br>Attorney: Wininger-Howard, Melissa J (0811089) |
| 09/21/2021 | Notice of: Expert<br>Attorney: Wininger-Howard, Melissa J (0811089) |
| 10/25/2021 | Application for First Bail Review Hearing<br>Attorney: Ayer, Timothy (1011101) |
| 10/27/2021 | Order and Conditions of Release - bail remains as previously set |
| 10/28/2021 | Notice of Recusal of Judge Jonathan A. Woodman - Order of Reassignment to Judge Kari C. Kristiansen |
| 11/01/2021 | Orders and Conditions of Release/Temporary Order - $75,000 cash appearance + $100,000 cash performance + PED EM |
| 11/15/2021 | Partially Unopposed Motion to Intervene as Guardian Ad Litem for J.H.<br>Attorney: Hartz, Laura (0705020)<br>J H (Confidential Party #1);<br>Filing Party: H, J<br>Case Motion #1 |
| 11/18/2021 | State's Motion to Appoint Guardian Ad Litem for Minor Victim (ppwk)<br>Attorney: Wininger-Howard, Melissa J (0811089)<br>District Attorney (3PA) (Attorney) on behalf of State of Alaska (Prosecution)<br>Filing Party: State of Alaska<br>Case Motion #2 |
| 11/23/2021 | Non-Opposition to Motions to Appoint Guardians AD Litem (linked to motion)(ppwk)<br>Attorney: Ayer, Timothy (1011101)<br>Public Defender Agency (3PA) (Attorney) on behalf of Robert Dennis Hawes (Defendant)<br>Case Motion #2: State's Motion to Appoint Guardian Ad Litem for Minor Victim (ppwk) |
| 11/29/2021 | Order Granting Intervention of Guardian ad Litem on Behalf of J.H.<br>Case Motion #1<br>Partially Unopposed Motion to Intervene as Guardian Ad Litem for J.H. |
| 11/29/2021 | Order Granting Motion to Appoint Guardian Ad Litem for Minor Victim<br>Case Motion #2<br>State's Motion to Appoint Guardian Ad Litem for Minor Victim (ppwk) |
| 11/29/2021 | Attorney Information<br>Attorney OPA CI CN PR DL Case Assignment representing Confidential Party #1 H, J as of 11/29/2021 |
| 12/09/2021 | Application for Second or Subsequent Bail Review Hearing (Motion)(ppwk)<br>Attorney: Ayer, Timothy (1011101)<br>Public Defender Agency (3PA) (Attorney) on behalf of Robert Dennis Hawes (Defendant)<br>Filing Party: Hawes, Robert Dennis<br>Case Motion #3 |
| 12/10/2021 | Orders and Conditions of Release/Temporary Order - $75,000 Cash Appearance & $100,000 Cash Performance & PED w/ EM |
| 12/13/2021 | Orders and Conditions of Release/Temporary Order - $75,000 cash appearance + $100,000 cash performance + PED EM |
| 12/13/2021 | Order Granting Application for Second or Subsequent Bail Review Hearing<br>Case Motion #3<br>Application for Second or Subsequent Bail Review Hearing (Motion)(ppwk) |
| 01/20/2022 | Orders and Conditions of Release/Temporary Order - 75,000 Cash App & 100,000 Cash Perf w/ PED EM |
| 02/25/2022 | Orders and Conditions of Release/Temporary Order - $75,000 Cash App, $100,000 Cash Perf and PED/EM |
| 03/10/2022 | Application for Second or Subsequent Bail Review Hearing (Motion)<br>Attorney: Ayer, Timothy (1011101)<br>Public Defender Agency (3PA) (Attorney) on behalf of Robert Dennis Hawes (Defendant)<br>Filing Party: Hawes, Robert Dennis<br>Case Motion #4 |
| 03/15/2022 | Application for Second or Subsequent Bail Review Hearing (Motion)(ppwk)<br>Attorney: Ayer, Timothy (1011101)<br>Public Defender Agency (3PA) (Attorney) on behalf of Robert Dennis Hawes (Defendant) |

| Date | Docket Text |
|---|---|
| | Filing Party: Hawes, Robert Dennis<br>Case Motion #5 |
| 03/16/2022 | Order Granting Application for Second or Subsequent Bail Review Hearing<br>Case Motion #4<br>Application for Second or Subsequent Bail Review Hearing (Motion) |
| 03/16/2022 | Order Granting Application for Second or Subsequent Bail Review Hearing<br>Case Motion #5<br>Application for Second or Subsequent Bail Review Hearing (Motion)(ppwk) |
| 03/30/2022 | Orders and Conditions of Release/Temporary Order - $75,000 Cash App & $100,000 Cash Performance & PED Supervision |
| 04/18/2022 | Motion to Accept Motion to Compel Confidentially<br>Attorney: Ayer, Timothy (1011101)<br>Public Defender Agency (3PA) (Attorney) on behalf of Robert Dennis Hawes (Defendant)<br>Filing Party: Hawes, Robert Dennis<br>Case Motion #6 |
| 04/18/2022 | CONFIDENTIAL Motion: Motion to Compel Alaska Cares Records (ppwk)<br>Attorney: Ayer, Timothy (1011101)<br>Public Defender Agency (3PA) (Attorney) on behalf of Robert Dennis Hawes (Defendant)<br>Filing Party: Hawes, Robert Dennis<br>Case Motion #7 |
| 05/02/2022 | Notice of Confidential Filing (ppwk)<br>Attorney: Wininger-Howard, Melissa J (0811089)<br>District Attorney (3PA) (Attorney) on behalf of State of Alaska (Prosecution) |
| 05/02/2022 | CONFIDENTIAL State's Opposition to Motion to Compel Alaska Cares Records (linked to motion)(ppwk)<br>Attorney: Wininger-Howard, Melissa J (0811089)<br>District Attorney (3PA) (Attorney) on behalf of State of Alaska (Prosecution)<br>Case Motion #7: CONFIDENTIAL Motion: Motion to Compel Alaska Cares Records (ppwk) |
| 05/16/2022 | Order Granting Motion to Accept Motion to Compel Confidentially<br>Case Motion #6<br>Motion to Accept Motion to Compel Confidentially |
| 05/16/2022 | Order Granting CONFIDENTIAL Motion: Motion to Compel alaska Cares Records<br>Case Motion #7<br>CONFIDENTIAL Motion: Motion to Compel Alaska Cares Records (ppwk) |
| 12/29/2022 | State's Motion and Notice for Consumption of Evidence (ppwk)<br>Attorney: Wininger-Howard, Melissa J (0811089)<br>District Attorney (3PA) (Attorney) on behalf of State of Alaska (Prosecution)<br>Filing Party: State of Alaska<br>Case Motion #8 |
| 01/27/2023 | Order Granting Motion (State's Motion and Notice for Consumption of Evidence)<br>Case Motion #8<br>State's Motion and Notice for Consumption of Evidence (ppwk) |
| 03/14/2023 | Attorney Information<br>Attorney Office of Public Advocacy (3AN-CR) representing Confidential Party #1 W, J as of 03/14/2023 |
| 03/14/2023 | Attorney Information<br>Attorney McDermott, Paul F representing Confidential Party #1 W, J as of 03/14/2023 |
| 06/05/2023 | Application for Second or Subsequent Bail Review Hearing (Motion)<br>Attorney: Ayer, Timothy (1011101)<br>Filing Party: Hawes, Robert Dennis<br>Case Motion #9 |
| 06/12/2023 | State's Motion for Court Order to Consume Evidence for Further Forensic Testing (ppwk)<br>Attorney: Wininger-Howard, Melissa J (0811089)<br>District Attorney (3PA) (Attorney) on behalf of State of Alaska (Prosecution)<br>Filing Party: State of Alaska<br>Case Motion #10 |
| 06/21/2023 | Order Denying Application for Second or Subsequent Bail Review Hearing<br>Case Motion #9<br>Application for Second or Subsequent Bail Review Hearing (Motion) |
| 06/29/2023 | Limited Non-Opposition to Motion to Consume (linked to motion)(ppwk)<br>Attorney: Ayer, Timothy (1011101)<br>Public Defender Agency (3PA) (Attorney) on behalf of Robert Dennis Hawes (Defendant)<br>Case Motion #10: State's Motion for Court Order to Consume Evidence for Further Forensic Testing (ppwk) |
| 06/30/2023 | Order Granting State's Motion for Court Order to Consume Evidence for Further Forensic Testing<br>Case Motion #10<br>State's Motion for Court Order to Consume Evidence for Further Forensic Testing (ppwk) |
| 01/24/2024 | Log Notes- Pretrial Conference |
| 01/29/2024 | Log Notes: Pretrial Conference |
| 04/03/2024 | Log Notes- Pretrial Conference |

| Date | Docket Text |
|---|---|
| 04/04/2024 | Log Notes: Pretrial Conference |
| 04/30/2024 | Administrative Reassignment from Judge Kari C. Kristiansen to Judge Not Assigned 3PA02 |
| 05/08/2024 | Criminal Deficiency Memo - General mailed re: A party who is represented by an attorney may not appear or act on his or her own behalf. Criminal Rule 50 and Civil Rule 81(c).<br><br>Criminal Deficiency Notice - General (7/12)<br>Sent on: 05/08/2024 09:16:04.74<br>Robert Dennis Hawes (Defendant); |
| 05/17/2024 | Criminal Deficiency Memo - General mailed re:<br><br>Criminal Deficiency Notice - General (7/12)<br>Sent on: 05/17/2024 11:08:03.35 |
| 06/12/2024 | Log Notes: Pretrial Conference |
| 06/12/2024 | Notice State's Notice of Hybrid Witness |
| 06/12/2024 | PROOF OF SERVICE |
| 06/17/2024 | Transport Order - Trial Status |
| 06/20/2024 | Log Notes: Trial Status |
| 06/20/2024 | Log Notes: Representation Hearing |
| 06/20/2024 | Sealed Court Document: Log Note - Representation Hearing |
| 06/25/2024 | Criminal Deficiency Memo - General mailed re:<br><br>Criminal Deficiency Notice - General (7/12)<br>Sent on: 06/25/2024 14:44:12.17<br>Robert Dennis Hawes (Defendant); |
| 07/15/2024 | PROOF OF SERVICE |
| 07/15/2024 | Defense Notice of Expert: David Foran |
| 07/15/2024 | CONFIDENTIAL Exhibit/Attachment |
| 07/15/2024 | CONFIDENTIAL Exhibit/Attachment |
| 07/22/2024 | PROOF OF SERVICE |
| 07/22/2024 | Notice of Confidential Filing |
| 07/22/2024 | CONFIDENTIAL Motion in Limine to Admit First Report of Sexual Abuse<br>Attorney: Wininger-Howard, Melissa J (0811089)<br>District Attorney (3PA) (Attorney) on behalf of State of Alaska (Prosecution)<br>Filing Party: State of Alaska<br>Case Motion #11 |
| 07/23/2024 | State's Motion to Preclude Defense Expert<br>Attorney: Wininger-Howard, Melissa J (0811089)<br>District Attorney (3PA) (Attorney) on behalf of State of Alaska (Prosecution)<br>Filing Party: State of Alaska<br>Case Motion #12 |
| 07/23/2024 | PROOF OF SERVICE |
| 07/29/2024 | State's Motion to Preclude Defense Expert<br>Attorney: Wininger-Howard, Melissa J (0811089)<br>District Attorney (3PA) (Attorney) on behalf of State of Alaska (Prosecution)<br>Filing Party: State of Alaska<br>Case Motion #13 |
| 07/29/2024 | PROOF OF SERVICE |
| 07/29/2024 | Proposed Order Not Used (Not Linked to Motion) ST - Proposed Order - Motion to Preclude |
| 07/31/2024 | Administrative Reassignment from Not Assigned (3PA02) to Judge Thomas V Jamgochian |
| 08/21/2024 | Log Notes: Pretrial Conference |
| 08/26/2024 | Criminal Deficiency Memo - General mailed re:<br><br>Criminal Deficiency Notice - General (7/12)<br>Sent on: 08/26/2024 15:57:05.98 |
| 08/30/2024 | Amended Defense Notice of Expert: David Foran |
| 08/30/2024 | PROOF OF SERVICE |
| 09/27/2024 | Criminal Deficiency Memo - General mailed re:<br><br>Criminal Deficiency Notice - General (7/12)<br>Sent on: 09/27/2024 10:44:31.66 |

| Date | Docket Text |
|---|---|
| 10/08/2024 | Court Order: Order on Defendant's Request for Representation Hearing |
| 10/21/2024 | Reason for Returned Mail or eMail: Insufficient Address, Unable to Forward - Resent to GCCC<br>Date Returned Documents Were Distributed: 10/11/2024<br>Type of Document(s) Distributed and Returned Unserved: Order Denying Request for Representation Hearing(deficient filing)<br><br>Robert Dennis Hawes (Defendant); |
| 10/29/2024 | State's Second Motion to Preclude Defense Expert Dr. Foran<br>Attorney: Wininger-Howard, Melissa J (0811089)<br>District Attorney (3PA) (Attorney) on behalf of State of Alaska (Prosecution)<br>Filing Party:  State of Alaska<br>Case Motion #14 |
| 10/29/2024 | PROOF OF SERVICE |
| 10/29/2024 | Opposition to State's Motion to Preclude Defense Expert Dr. David Foran (linked to motion)<br>Attorney: Meyer, Elvina Rose (2009086)<br>Public Defender Agency (3PA) (Attorney) on behalf of Robert Dennis Hawes (Defendant)<br>Case Motion #14: State's Second Motion to Preclude Defense Expert Dr. Foran |
| 10/29/2024 | CONFIDENTIAL Exhibit/Attachment to Opposition to State's Motion to Preclude Defense Expert Dr. David Foran<br>Attorney: Meyer, Elvina Rose (2009086)<br>Public Defender Agency (3PA) (Attorney) on behalf of Robert Dennis Hawes (Defendant)<br>Case Motion #14: State's Second Motion to Preclude Defense Expert Dr. Foran |
| 10/29/2024 | PROOF OF SERVICE |
| 10/29/2024 | Proposed Order Not Used (Not Linked to Motion) Order on Opposition to States Motion to Preclude Defense Expert Dr. David Foran - Hawes, R 3PA-21-01098CR |
| 10/29/2024 | Proposed Order Not Used (Not Linked to Motion) ST - Proposed Order - 2 Mtn to Preclude |
| 10/30/2024 | Log Notes - Expedited: PTC |
| 10/31/2024 | Court Order: Transport Order |
| 11/06/2024 | Motion Withdrawn /   State of Alaska<br> Case Motion #14<br>State's Second Motion to Preclude Defense Expert Dr. Foran |
| 11/06/2024 | Log Notes: 11-06-24 TVJ PTC |
| 11/13/2024 | PROOF OF SERVICE |
| 11/13/2024 | Notice of Potential Defense Expert Dr. Bradley McAuliff |
| 11/13/2024 | Letter Regarding Discovery Review |
| 11/18/2024 | Non-Opposed Motion to Release OCS Records Relating to K.G.'s Prior Disclosure for In Camera Review<br>Attorney: Meyer, Elvina Rose (2009086)<br>Public Defender Agency (3PA) (Attorney) on behalf of Robert Dennis Hawes (Defendant)<br>Filing Party:  Hawes, Robert Dennis<br>Case Motion #15 |
| 11/18/2024 | PROOF OF SERVICE |
| 11/19/2024 | Attorney Information<br>Attorney Erickson, Carla R representing  Office of Children's Services (OCS) as of 11/19/2024 |
| 11/19/2024 | PROOF OF SERVICE |
| 11/19/2024 | Limited Entry of Appearance |
| 11/19/2024 | Motion to Intervene for Limited Purpose<br>Attorney: Erickson, Carla R (0604005)<br>Office of Children's Services (OCS) (Non-Party Participant);<br>Filing Party:  Office of Children's Services (OCS)<br>Case Motion #16 |
| 11/19/2024 | PROOF OF SERVICE |
| 11/19/2024 | Response to Non-Opposed Motion to Release OCS Records Relating to K.G's Prior Disclosure for In Camera Review (linked to motion)<br>Attorney: Erickson, Carla R (0604005)<br>Office of Children's Services (OCS) (Non-Party Participant);<br>Case Motion #15: Non-Opposed Motion to Release OCS Records Relating to K.G.'s Prior Disclosure for In Camera Review |
| 11/19/2024 | Motion for Protective Order<br>Attorney: Erickson, Carla R (0604005)<br>Office of Children's Services (OCS) (Non-Party Participant);<br>Filing Party:  Office of Children's Services (OCS)<br>Case Motion #17 |
| 11/19/2024 | PROOF OF SERVICE |
| 11/19/2024 | PROOF OF SERVICE |
| 11/19/2024 | PROOF OF SERVICE |

| Date | Docket Text |
|---|---|
| 11/19/2024 | PROOF OF SERVICE |
| 11/20/2024 | Order Granting Motion / Office of Children's Services (OCS)<br> Case Motion #17<br>Motion for Protective Order |
| 11/20/2024 | Order Granting Motion / Hawes, Robert Dennis<br> Case Motion #15<br>Non-Opposed Motion to Release OCS Records Relating to K.G.'s Prior Disclosure for In Camera Review |
| 11/21/2024 | PROOF OF SERVICE |
| 11/21/2024 | In Camera: Notice of Filing OCS Records for In Camera Review |
| 11/21/2024 | In Camera Document (Sealed) Cherie Vroman OCS 11.19.24 Redacted |
| 11/21/2024 | In Camera Document (Sealed) Cole Goodrich OCS 11.19.24 Redacted |
| 12/02/2024 | Criminal Deficiency Memo - General  mailed re:<br><br>Criminal Deficiency Notice - General (7/12)<br>Sent on:  12/02/2024  09:50:26.97 |
| 12/04/2024 | Log Notes: PTC |
| 12/09/2024 | Order Granting Motion / Office of Children's Services (OCS)<br> Case Motion #16<br>Motion to Intervene for Limited Purpose |
| 12/09/2024 | Order Granting Motion / Office of Children's Services (OCS)<br>Case Motion #17<br>Motion for Protective Order |
| 12/09/2024 | Request for Representation Hearing<br>Attorney: Meyer, Elvina Rose (2009086)<br>Public Defender Agency (3PA) (Attorney) on behalf of Robert Dennis Hawes (Defendant)<br>Filing Party:  Hawes, Robert Dennis<br>Case Motion #18 |
| 12/09/2024 | PROOF OF SERVICE |
| 12/10/2024 | Order Granting Motion / Hawes, Robert Dennis<br> Case Motion #18<br>Request for Representation Hearing |
| 12/11/2024 | Court Order: Transport Order |
| 12/16/2024 | Sealed Court Document: 12-16-24 TVJ Representation Hearing |
| 12/16/2024 | Log Notes: 12-16-24 TVJ Representation Hearing |