IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT PALMER

STATE OF ALASKA,

    Plaintiff,

vs.

ROBERT DENNIS HAWES
DOB: 09/13/1953
APSIN ID: 6774019
DMV NO.: 6774019 AK
ATN: 117423972

    Defendant.

Court No. 3PA-21-01098CR (Robert Dennis Hawes)
Search warrants: 3AN-21-02183SW

FILED IN OPEN COURT

## INDICTMENT

I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court. The following counts charge a crime involving DOMESTIC VIOLENCE as defined in AS 18.66.990: None

Count I - AS 11.41.434(a)(1)
Sexual Abuse Of A Minor In The First Degree
Robert Dennis Hawes - 001

Count II - AS 11.41.434(a)(1)
Sexual Abuse Of A Minor In The First Degree
Robert Dennis Hawes - 002

Count III - AS11.31.100/11.41.434(a)(1)
Attempted Sexual Abuse Of A Minor In The First Degree
Robert Dennis Hawes - 003

Count IV - AS 11.41.436(a)(2)
Sexual Abuse Of A Minor In The Second Degree
Robert Dennis Hawes - 004

Department of Law, Criminal Division
515 E. Dahlia Ave Ste 150, Palmer, AK 99645
Phone: (907) 761-5648 Email: lawpalmerdao@alaska.gov

THE GRAND JURY CHARGES:

COUNT I:
AS 11.41.434(a)(1)
Sexual Abuse Of A Minor In The First Degree

That in the Third Judicial District, State of Alaska, on or about June 4, 2021, at or near Wasilla, ROBERT DENNIS HAWES being 16 years of age or older, engaged in sexual penetration, genital intercourse with K.G. (DOB June 27, 2016), a person who was under 13 years of age.

All of which is an Unclassified Felony offense being contrary to and in violation of AS 11.41.434(a)(1) and against the peace and dignity of the State of Alaska.

COUNT II:
AS 11.41.434(a)(1)
Sexual Abuse Of A Minor In The First Degree

That in the Third Judicial District, State of Alaska, on or about June 4, 2021, at or near Wasilla, ROBERT DENNIS HAWES being 16 years of age or older, engaged in sexual penetration, cunnilingus with K.G. (DOB June 27, 2016), a person who was under 13 years of age.

All of which is an Unclassified Felony offense being contrary to and in violation of AS 11.41.434(a)(1) and against the peace and dignity of the State of Alaska.

COUNT III:
AS AS11.31.100/11.41.434(a)(1)
Attempted Sexual Abuse Of A Minor In The First Degree

That in the Third Judicial District, State of Alaska, on or about June 4, 2021, at or near Wasilla, ROBERT DENNIS HAWES with the intent to commit the following crime took a substantial step towards being 16 years of age or older, engaged in sexual

Indictment
State v. Robert Dennis Hawes, 3PA-21-01098CR
Page 2 of 3

Case 3:24-cv-00124-SLG-KFR   Document 13-4   Filed 01/27/25   Page 2 of 3
Exhibit 4
Page 2 of 3

Department of Law, Criminal Division
515 E. Dahlia Ave Ste 150, Palmer, AK 99645
Phone: (907) 761-5648 Email: lawpalmerdao@alaska.gov

Department of Law, Criminal Division
515 E. Dahlia Ave Ste 150, Palmer, AK 99645
Phone: (907) 761-5648 Email: lawpalmerdao@alaska.gov

penetration, fellatio with K.G. (DOB June 27, 2016), a person who was under 13 years of age.

All of which is a class A Felony offense being contrary to and in violation of AS AS11.31.100/11.41.434(a)(1) AS11.31.100 and against the peace and dignity of the State of Alaska.

### COUNT IV:
### AS 11.41.436(a)(2)
### Sexual Abuse Of A Minor In The Second Degree

That in the Third Judicial District, State of Alaska, on or about June 4, 2021, at or near Wasilla, ROBERT DENNIS HAWES being 16 years of age or older, engaged in sexual contact, hand to genitals with K.G. (DOB June 27, 2016), a person who was under 13 years of age.

All of which is a class B Felony offense being contrary to and in violation of AS 11.41.436(a)(2) and against the peace and dignity of the State of Alaska.

DATED this 11 day of June, 2021 at Palmer, Alaska.

A true bill

_____        _____
Grand Jury Foreperson                Melissa J. Wittinger-Howard
                                     Deputy District Attorney
                                     Alaska Bar No. 0811089

WITNESSES EXAMINED BEFORE THE GRAND JURY:
Investigator Shannon Fore
David Lee Goodrich
Shanda Gregoroff
Mindy Goorchenko
J.H.

I certify that on 6-15-21 a copy of this document was sent to
☒Deft/Atty ☒DA ☐DPS ☐AGr
☐MSASAP/AASAP ☐DMV ☐FV\
☐MSPT ☐Anch Jail ☒Oth. GPCC
Deputy Clerk LJS

Indictment
State v. Robert Dennis Hawes. 3PA-21-01098CR
Page 3 of 3