IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT PALMER

STATE OF ALASKA,  )
  )
        Plaintiff,  )
  )
vs. Robert Dennis Hawes  )
  )  CASE NO. 3PA-21-01098 CR
  )
Defendant  )
DOB: 9-13-1953  )  FELONY PRETRIAL ORDER

This case is assigned to the following for all further proceedings including trial:

    (X) Honorable Jonathan A. Woodman    ( ) Honorable Kari C. Kristiansen

    ( ) Honorable Kristen C. Stohler    ( ) Honorable John C. Cagle

A pretrial conference will be held on 7/29, 2021, at 2:30 a.m./(p.m.) (Criminal Rule 22) Defendant's presence is required. (Criminal Rule 38) Trial is set for the week of 9/27, 2021, at 8:30 (a.m.)/p.m.

Within twenty days after entry of this order, the state shall comply with the provisions of Criminal Rule 16 (b) (1) (A). Within thirty days after entry of this order, the state shall transmit the State's Pretrial Discovery Report to the defendant or defense counsel. Within forty days after entry of this order, defendant shall transmit the Defense Pretrial Discovery Report to the state. Both parties shall file these documents with the court.

The state shall file notice of its intent to use Rule 404(b) character evidence no later than the date set forth in Criminal Rule 16(b)(1)(B) relating to expert witnesses.

Any motion in limine relating to a notice of expert witness or a 404(b) notice shall be filed no later than two weeks after receipt of the notice or two weeks prior to trial, whichever is earlier.

All other deadlines and dates will be set at the pretrial conference.

Subject to constitutional limitations, failure to raise by motion any pre-trial issue after the dates set by the court may constitute a waiver of that issue unless, despite due diligence, the party does not possess the information necessary to raise it.

BY ORDER OF THE PRESIDING JUDGE

6/16/21
Effective Date

William F. Morse

I certify that on 6/17/2021 a copy
Of this order was given or sent to:
Attorneys of Record: POA
                           DAD

Other:_____

Clerk: JHankins