

Currently Hospitalized Patients with Confirmed COVID-19, by Week, in Alaska, Reported to CDC

Centers for Disease Control and Prevention. COVID Data Tracker. Atlanta, GA: U.S. Department of Health and Human Services, CDC; 2023, December 11. https://covid.cdc.gov/covid-data-tracker



Weekly COVID-19 New Hospital Admissions

COVID-19 New Hospital Admissions, by Week, in Alaska, Reported to CDC

Centers for Disease Control and Prevention. COVID Data Tracker. Atlanta, GA: U.S. Department of Health and Human Services, CDC; 2023, December 11. https://covid.cdc.gov/covid-data-tracker

Exhibit 6
Page 2 of 3



Provisional COVID-19 Deaths, by Week, in Alaska, Reported to CDC

Centers for Disease Control and Prevention. COVID Data Tracker. Atlanta, GA: U.S. Department of Health and Human Services, CDC; 2023, December 11. https://covid.cdc.gov/covid-data-tracker