

Exhibit 7
Page 1 of 1