FILED in the TRIAL COURTS
State of Alaska Third District
at Palmer, Alaska
OCT 25 2021
Clerk of the Trial Courts
By_____ Deputy

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT PALMER
☒ State of Alaska
vs. Defendant: Robert Dennis Hawes     Date of Birth: 09/13/1953
Case No(s).: 3PA-21-01098CR

## APPLICATION FOR FIRST BAIL REVIEW HEARING

Hearing date requested: Next available____
This is the defendant's first application for a bail review hearing. [AS 12.30.006(c)]
1. This case alleges that there is a crime victim:   ☒ Yes  ☐ No
2. I notified the prosecutor of this application on *(date)* 10/25/21_____ at 1____ ☐ am ☒ pm
   I notified the prosecutor by: ☐ mail ☐ fax ☐ in person ☐ phone ☒ email.
3. ☐ There is a surety who posted my bond *(name)* _____.
   I gave the surety written notice of my application on *(date)* _____.
4. ☐ Defendant is in custody at *(location)* GCCC_____, and has been in custody in this case since *(date)* 6/5/21_____.
5. In this case, I am: ☐ representing myself  ☒ an attorney representing the defendant.
6. I request a bail review hearing in ☐ District Court ☒ Superior Court.
7. Relief requested:
   ☒ Bail modification from: Current_____ to: $3,000 +PED_____
   ☐ Delete third party custodian requirement.
   ☐ Proposed third party custodian: Name: _____
   Address: _____
   Phone: _____ DOB: _____ AK DL/ID#: _____
   ☐ Custody arrangement: ☐ 24 hour ☐ Other: _____

   ☒ Monitoring by: PED w house arrest and exclusion zones; passes for verified employment
   ☐ Other: _____

| 10/25/2021 | /s/Timothy C. Ayer/s/ |
|---|---|
| Date | Signature of Applicant (Defendant or Attorney) |
| (907) 000-0000 | Tim Ayer #1011101 |
| Cell Phone Number of Applicant | Printed Name/Bar Number (if applicable) |
|  | tim.ayer@alaska.gov |
| Other Phone Number of Applicant | Email of Applicant* |

### NOTICE REGARDING REQUEST FOR BAIL REVIEW HEARING

A hearing on this application:
☒ is ordered.
   ☒ The hearing will be held as follows:
      Date: 10/27/21  Time: 2:30 pm  Courtroom: Telephonic
      Location: Palmer
   ☐ A Notice of Hearing will be sent to you at a later date.
☐ is denied for the following reasons:

| 10/25/21 | [signature] | V Debach |
|---|---|---|
| Date | Judicial Officer/Clerk[1] | Type or Print Name |

---

[1] If request for hearing is denied, must be signed by a Judicial Officer.

CR-305e (3/20)(cs)
APPLICATION FOR FIRST BAIL REVIEW HEARING
Case 3:24-cv-00124-SLG-KFR   Document 13-8   Filed 01/27/25   Page 1 of 2
AS 12.30.006
AS 12.61.010-.015
Exhibit 8 - Page 1 of 1