```
FILED in the ... 
State of A...
at P...

DEC  9 2021

By _____/M/_____ Deputy
```

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT PALMER
☒ State of Alaska
vs. Defendant: Robert Dennis Hawes          Date of Birth: 09/13/1953
Case No(s).: 3PA-21-01098CR

## APPLICATION FOR SECOND OR SUBSEQUENT BAIL REVIEW HEARING

This is the defendant's application for a second or subsequent bail review hearing. The last bail review hearing was held on *(date)* 10/27/21_____.

1. I request a hearing date for this application on: Next available_____.
2. This case alleges that there is a crime victim:   ☒ Yes  ☐ No
3. I notified the prosecutor of this application on *(date)* 12/8/21_____ at 3:30__ ☐ am ☒ pm
   I notified the prosecutor by: ☐ mail ☐ fax ☐ in person ☐ phone ☒ email.
4. ☐ There is a surety who posted my bond *(name)* _____.
   I gave the surety written notice of my application on *(date)* _____.
5. ☒ Defendant is in custody at *(location)* GCCC_____, and has been in custody in this case since *(date)* 6/5/21_____.
6. In this case, I am: ☐ representing myself  ☐ an attorney representing the defendant.
7. I request a bail review hearing in ☐ District Court ☐ Superior Court.
8. I have new information not considered at previous bail review hearings.
   ☐ I am unable to pay bail. I have made the following good faith efforts to post bail *(Note: you may receive only one bail review hearing for inability to pay)*:
   _____
   
   ☒ I have other new information not considered: More detailed information about Mr. Hawes's finances_____
   
   This new information was not presented at previous hearings because:
   The court noted in its ruling on Mr. Hawes's previous bail request that it may come to a different conclusion if it had more details regarding Mr. Hawes's finances. Those are now being provided._____

9. Relief requested:
   ☒ Bail modification from: _____ to: $3,000 +PED_____
   ☐ Delete third party custodian requirement.
   ☐ New proposed third party custodian:  Name: _____
      Address: _____
      Phone: _____ DOB: _____ AK DL/ID#: _____
   ☐ Custody arrangement: ☐ 24 hour ☐ Other:_____
   
   ☒ Monitoring by: : PED w house arrest and exclusion zones; passes for verified employment
   ☐ Other: _____

10. ☐ I spoke to prosecutor *(name)*_____ who waives:
    ☐ new information ☐ giving 48 hours' notice ☐ waiting 7 days between hearings.
11. ☐ I spoke to the surety *(name)*_____ who agrees to waive the requirement of giving 48 hours' notice of my request for a review hearing.

| 12/08/2021 | /s/Timothy C. Ayer/s/ |
|---|---|
| Date | Signature of Applicant (Defendant or Attorney) |
| (907) 000-0000 | Tim Ayer #1011101 |
| Cell Phone Number of Applicant | Printed Name/Bar Number (if applicable) |
| | tim.ayer@alaska.gov |

Page 1 of 2
CR-502 (1/20)(cs)                                                           AS 12.30.006; AS 12.30.011;
APPLICATION FOR SECOND OR SUBSEQUENT BAIL REVIEW HEARING                    AS 12.61.010-.015

Case 3:24-cv-00124-SLG-KFR    Document 13-9    Filed 01/27/25    Page 1 of 2

Exhibit 9 - Page 1 of 2

| Other Phone Number of Applicant | Email of Applicant |
|---|---|

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT PALMER
☒ State of Alaska
vs. Defendant: Robert Dennis Hawes
Case No(s).: 3PA-21-01098CR

Date of Birth: 09/13/1953

**\*\*Leave This Portion Blank for the Court to Fill Out\*\***

### NOTICE REGARDING REQUEST FOR BAIL REVIEW HEARING

The defendant applied for review of the imposed conditions of release. This application is the applicant's second or subsequent.

**A hearing on this application:**

☒ is ordered.

☒ The hearing will be held as follows:
Date: _1/4/22_ Time: _3:00 pm_ ✓ Courtroom: _8_
Location: _PALMER_

☐ A Notice of Hearing will be sent to you at a later date.

☐ is denied for the following reasons:

_12/13/21_
Date

_Kari Kristiansen_
Judicial Officer/Clerk[1]

KARI KRISTIANSEN
Type or Print Name

I certify that on _12/13/21_ a copy of this order was sent to:

☒ PD ☒ DA
☐ Deft. ☒ OPA

Clerk: _KDM_

---

[1] If request for hearing is denied, must be signed by a Judicial Officer.

Page 2 of 2
CR-502 (1/20)(cs)
APPLICATION FOR SECOND OR SUBSEQUENT BAIL REVIEW HEARING
AS 12.30.006; AS 12.30.011; AS 12.61.010-.015

Case 3:24-cv-00124-SLG-KFR    Document 13-9    Filed 01/23/25    Page 2 of 2

Exhibit 9 - Page 2 of 2