MAR 1 0 2022

Clerk of the Tri...

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT PALMER
☒ State of Alaska
vs. Defendant: Robert Dennis Hawes — Date of Birth: 09/13/1953
Case No(s).: 3PA-21-01098CR

**APPLICATION FOR SECOND OR SUBSEQUENT BAIL REVIEW HEARING**

This is the defendant's application for a second or subsequent bail review hearing. The last bail review hearing was held on *(date)1/20/22*.

1. I request a hearing date for this application on: Next available.
2. This case alleges that there is a crime victim: ☒ Yes ☐ No
3. I notified the prosecutor of this application on *(date)3/10/22* at 12:05 ☐am ☒pm
   I notified the prosecutor by: ☐ mail ☐ fax ☐ in person ☐ phone ☒ email.
4. ☐ There is a surety who posted my bond *(name)* ______.
   I gave the surety written notice of my application on *(date)* ______.
5. ☒ Defendant is in custody at *(location)GCCC*, and has been in custody in this case since *(date)* 6/5/21.
6. In this case, I am: ☐ representing myself ☒ an attorney representing the defendant.
7. I request a bail review hearing in ☐ District Court ☒ Superior Court.
8. I have new information not considered at previous bail review hearings.
   ☒ I am unable to pay bail. I have made the following good faith efforts to post bail *(Note: you may receive only one bail review hearing for inability to pay)*:
   Mr. Hawes has provided his financial information prior to a previous bail hearing. In addition, he has reached out to friends to act as a third party custodian, and none are able.

   ☒ I have other new information not considered: At the last hearing in this case, the court said that it would consider lowering bail if Mr. Hawes had a strong TPC. However, a TPC is not available to Mr. Hawes. As it stands, the financial bail is higher than he can afford, and he does not have a TPC available, so he does not have the ability to post the required bail and requests a hearing to consider a reduction in the monetary bail.
   This new information was not presented at previous hearings because:
   TPC availability is fluid, and they were recontacted as a result of the court's prior order.
9. Relief requested:
   ☒ Bail modification from: Current ______ to: $6,000cp $10k USB
   ☐ Delete third party custodian requirement.
   ☐ New proposed third party custodian: Name: ______
   Address: ______
   Phone: ______ DOB: ______ AK DL/ID#: ______
   ☐ Custody arrangement: ☐ 24 hour ☐ Other: ______
   ☒ Monitoring by: PED
   ☐ Other: ______
10. ☐ I spoke to prosecutor *(name)* ______ who waives:
    ☐ new information ☐ giving 48 hours' notice ☐ waiting 7 days between hearings.
11. ☐ I spoke to the surety *(name)* ______ who agrees to waive the requirement of giving 48 hours' notice of my request for a review hearing.

| 03/10/2022 | /s/Timothy C. Ayer/s/ |
|---|---|
| Date | Signature of Applicant (Defendant or Attorney) |
| (907) 000-0000 | Tim Ayer #1011101 |
| Cell Phone Number of Applicant | Printed Name/Bar Number (if applicable) |
| | tim.ayer@alaska.gov |

Other Phone Number of Applicant | Email of Applicant

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT PALMER

☒ State of Alaska

vs. Defendant: Robert Dennis Hawes | Date of Birth: 09/13/1953

Case No(s).: 3PA-21-01098CR

*****Leave This Portion Blank for the Court to Fill Out*****

**NOTICE REGARDING REQUEST FOR BAIL REVIEW HEARING**

The defendant applied for review of the imposed conditions of release. This application is the applicant's second or subsequent.

**A hearing on this application** (FILED 3/16/22)

☒ is ordered.

☒ The hearing will be held as follows:
Date: 3/30/22 Time: 1:30pm Courtroom: 8
Location: PALMER

☐ A Notice of Hearing will be sent to you at a later date.

☐ is denied for the following reasons:

3/16/22
Date

[signature]
Judicial Officer/Clerk[1]

KARI KRISTIANSEN
Type or Print Name

I certify that on 3/16/22
a copy of this order was sent to:

☒PD ☒DA
☐Deft. ☒ OPA

Clerk: [initials]

[1] If request for hearing is denied, must be signed by a Judicial Officer.

FILED in the TRIAL COURTS
State of Alaska Third District
at Palmer, Alaska

MAR 15 2022

Clerk of the Trial Courts
By ________ Deputy

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT PALMER
☒ State of Alaska
vs. Defendant: Robert Dennis Hawes  Date of Birth: 09/13/1953
Case No(s).: 3PA-21-01098CR

**APPLICATION FOR SECOND OR SUBSEQUENT BAIL REVIEW HEARING**

This is the defendant's application for a second or subsequent bail review hearing. The last bail review hearing was held on *(date)*1/20/22________.

1. I request a hearing date for this application on: Next available______.
2. This case alleges that there is a crime victim: ☒ Yes ☐ No
3. I notified the prosecutor of this application on *(date)*3/15/22______ at 10:35__ ☒am ☐pm
   I notified the prosecutor by: ☐ mail ☐ fax ☐ in person ☐ phone ☒ email.
4. ☐ There is a surety who posted my bond *(name)* ____________________.
   I gave the surety written notice of my application on *(date)*__________.
5. ☒ Defendant is in custody at *(location)*GCCC____________________, and has been in custody in this case since *(date)* 6/5/21_________.
6. In this case, I am: ☐ representing myself ☒ an attorney representing the defendant.
7. I request a bail review hearing in ☐ District Court ☒ Superior Court.
8. I have new information not considered at previous bail review hearings.
   ☐ I am unable to pay bail. I have made the following good faith efforts to post bail *(Note: you may receive only one bail review hearing for inability to pay)*:
   ________________________________________
   ________________________________________
   ☒ I have other new information not considered: New TPC to propose________
   ________________________________________
   ________________________________________
   ________________________________________
   This new information was not presented at previous hearings because:
   Took until now to find a TPC
   ________________________________________
9. Relief requested:
   ☐ Bail modification from: Current______________ to: $6000 + TPC__________
   ☐ Delete third party custodian requirement.
   ☒ New proposed third party custodian: Name: Earl Love________________
   Address: 115 Denby Street Woonsocket RI 02895____________
   Phone: 401-545-9080________ DOB: 11/2/1959___ AK DL/ID#: RI 7241151______
   ☒ Custody arrangement: ☒ 24 hour ☐ Other:________________________
   ________________________________________
   ☒ Monitoring by: PED – Exclusion zones; alcohol monitor______________
   ☐ Other: ________________________________
10. ☐ I spoke to prosecutor *(name)*________________________ who waives:
    ☐ new information ☐ giving 48 hours' notice ☐ waiting 7 days between hearings.
11. ☐ I spoke to the surety *(name)*__________________ who agrees to waive the requirement of giving 48 hours' notice of my request for a review hearing.

03/15/2022 — Date
/s/Timothy C. Ayer/s/ — Signature of Applicant (Defendant or Attorney)

(907) 000-0000 — Cell Phone Number of Applicant
Tim Ayer #1011101 — Printed Name/Bar Number (if applicable)

________ — Other Phone Number of Applicant
tim.ayer@alaska.gov — Email of Applicant

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT PALMER
☒ State of Alaska
vs. Defendant: Robert Dennis Hawes Date of Birth: 09/13/1953
Case No(s).: 3PA-21-01098CR

*****Leave This Portion Blank for the Court to Fill Out*****

**NOTICE REGARDING REQUEST FOR BAIL REVIEW HEARING**

The defendant applied for review of the imposed conditions of release. This application is the applicant's second or subsequent.

**A hearing on this application** (FILED 3/15/22)

☒ is ordered.

☒ The hearing will be held as follows:
Date: 3/30/22 Time: 1:30pm Courtroom: 8
Location: PALMER

☐ A Notice of Hearing will be sent to you at a later date.

☐ is denied for the following reasons:

3/16/22
Date

[signature]
Judicial Officer/Clerk[1]
KARI KRISTIANSEN
Type or Print Name

I certify that on 3/16/22
a copy of this order was sent to:

☒ PD ☒ DA
☐ Deft. ☒ OPA

Clerk: KAU

[1] If request for hearing is denied, must be signed by a Judicial Officer.