IN THE SUPERIOR COURT FOR THE STATE OF ALASKA AT PALMER

☒ State of Alaska

FILED in the Trial Court
State of Alaska, Third District
at Palmer, Alaska

JUN 05 2023

Clerk of the Trial Courts

_____ Deputy.

vs. Defendant: Robert Dennis Hawes          Date of Birth: 09/13/1953

Case No(s).: 3PA-21-01098CR

## APPLICATION FOR SECOND OR SUBSEQUENT BAIL REVIEW HEARING

This is the defendant's application for a second or subsequent bail review hearing. The last bail
review hearing was held on *(date)*3/30/22_____.

1. I request a hearing date for this application on: Next available_____.
2. This case alleges that there is a crime victim:   ☒ Yes ☐ No
3. I notified the prosecutor of this application on *(date)*6/5/23_____ at 1:45___ ☐am ☒pm
   I notified the prosecutor by: ☐ mail ☐ fax ☐ in person ☐ phone ☒ email.
4. ☐ There is a surety who posted my bond *(name)* _____.
   I gave the surety written notice of my application on *(date)*_____.
5. ☒ Defendant is in custody at *(location)*_____GCCC_____, and has
   been in custody in this case since *(date)* 6/5/21_____.
6. In this case, I am: ☐ representing myself ☒ an attorney representing the defendant.
7. I request a bail review hearing in ☐ District Court ☒ Superior Court.
8. I have new information not considered at previous bail review hearings.
   ☒ I am unable to pay bail. I have made the following good faith efforts to post bail *(Note:
   you may receive only one bail review hearing for inability to pay)*:
   Mr. Hawes has no friends or family able to or willing to contribute to his bail posting. He
   has $10,000 available to post. _____

   ☐ I have other new information not considered: _____
   _____
   _____
   _____

   This new information was not presented at previous hearings because:
   _____
   _____

9. Relief requested:
   ☒ Bail modification from: $75k cp $100k ca PED_____ to: $10k cp $10k USB PED_____
   ☐ Delete third party custodian requirement.
   ☐ New proposed third party custodian:  Name: _____
     Address: _____
     Phone: _____ DOB: _____ AK DL/ID#: _____
   ☐ Custody arrangement: ☐ 24 hour ☐ Other:_____
   _____
   ☐ Monitoring by: _____
   ☐ Other: _____
10. ☐ I spoke to prosecutor *(name)*_____ who waives:
    ☐ new information ☐ giving 48 hours' notice ☐ waiting 7 days between hearings.
11. ☐ I spoke to the surety *(name)*_____ who agrees to waive the
    requirement of giving 48 hours' notice of my request for a review hearing.

| 06/05/2023 | /s/Timothy C. Ayer/s/ |
|---|---|
| Date | Signature of Applicant (Defendant or Attorney) |
| (907) 000-0000 | Tim Ayer #1011101 |
| Cell Phone Number of Applicant | Printed Name/Bar Number (if applicable) |
|  | tim.ayer@alaska.gov |

CR-302 (1/20)(cs)                                                    AS 12.30.006; AS 12.30.011;
APPLICATION FOR SECOND OR SUBSEQUENT BAIL REVIEW HEARING            AS 12.61.010-.015

Case 3:24-cv-00124-SLG-KFR   Document 13-11   Filed 01/27/25   Page 1 of 2

Exhibit 11 - Page 1 of 2

JUN 05 2023

Other Phone Number of Applicant | Email of Applicant

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA AT PALMER

☒ State of Alaska
vs. Defendant: Robert Dennis Hawes | Date of Birth: 09/13/1953
Case No(s).: 3PA-21-01098CR

**\*\*Leave This Portion Blank for the Court to Fill Out\*\***

## NOTICE REGARDING REQUEST FOR BAIL REVIEW HEARING

The defendant applied for review of the imposed conditions of release. This application is the applicant's second or subsequent.

**A hearing on this application:**

☐ is ordered.

    ☐ The hearing will be held as follows:
    Date: _____ Time: _____    Courtroom: _____
    Location: _____

    ☐ A Notice of Hearing will be sent to you at a later date.

☒ is denied for the following reasons:

THE PROPOSAL IS INCOMPLETE. THE CURRENT
BAIL REQUIRES A COURT APPROVED THIRD PARTY
CUSTODIAN. THE APPLICATION DOES NOT ADDRESS
THIS ASPECT OF DEFENDANT'S BAIL - NO REQUEST
TO REMOVE THE REQUIREMENT, OR ALTERNATIVELY
A PROPOSED 3PC.

6/21/23
_____
Date

_____
Judicial Officer/Clerk[1]

KARN KRISTIANSEN
_____
Type or Print Name

I certify that on 6/21/23
a copy of this order was sent to:

☒PD    ☒DA
☐Deft.    ☒ OPA x 2

Clerk:_____

---

[1] If request for hearing is denied, must be signed by a Judicial Officer.

CR-302 (1/20)(cs)              AS 12.30.006; AS 12.30.011;
APPLICATION FOR OFF-HOURS OR EMERGENCY CHANGE IN BAIL HEARING

Case 3:24-cv-00124-SLG-KFR Document 12-11 Filed 01/27/25 Page 2 of 2

Exhibit 11 - Page 2 of 2