Robert Hawes #393591
c/o Goose Creek Correctional Center
22301 W. Alsop Rd.
Wasilla, AK. 99623

ALASKAN FRONTIER
995-997
23 AUG 2024 PM 1 L

State of Alaska
Attorney General / Trey Taylor et al #200
1031 West 4Th
Anchorage, AK. 99501-1959

Legal
Mail

<u>Hawes : Robert</u> ™©

<u>Goose Creek Correctional Center</u>

<u>22301 West alsop Road</u>

<u>Wasilla, Alaska [99623]</u>

Alaska Statehood Act, July 7th, 1958, P.L. 85-508, H.R. 7999, 72 Stat. 339
Constitution of the State of Alaska, Art. IV, § 3
" <u>Superior</u> Court of Record" <u>Third</u> District <u>Palmer</u>

Hawes : Robert ™© )
a sui juris And Sovereign )
         Claimant, )
vs. )
State of Alaska - de jure/ )
STATE OF ALASKA - DE FACTO )
by AS 44.23.010 & subordinates ) Court Case No. <u>3PA-21-01098/3PA2101098CR</u>
of AS 44.17.005(3) )
        Plaintiff(s) ) (Common Law) ORDER

For <u>Rule 5/45 & CR325 waiver violation</u>

i, sui juris <u>Hawes : Robert ™©</u>, order that my case be dismissed with prejudice for violation of Rule 5/45 and NOT granting a CR325 waiver.

Reason: The government is at fault for violating Alaska R. Crim. Proc. 5/45 - speedy trial clause, and in Federal violation of 18 U.S.C.S. § 3161(h)-70 days. At no time, did i give my consent or sign a CR325 waiver required by law. These violations warrant an immediate release (see McNeely v. Blanas, 336 F3d 822 and SOA v. Hernandez, 3AN-11-10733CR).

Date: 8/21/24 [signature]     Right Thumb Seal

Claimant   Authorized Representative w/o Recourse
           All Rights Reserved w/o prejudice

<u>PROSECUTOR"S REPLY</u> ( X not necessary)

Reason: State of Alaska - de jure/ STATE OF ALASKA - DE FACTO by AS 44.23.010 & subordinates of AS 44.17.005(3).

<u>ORDER</u>

<u>X</u> Order Granted

-Non-Opposition of the State of Alaska. All charges dismissed for violating Due Process Rights under state and federal Constitutions. Therefore, this order is granted for cause and dismissed with prejudice.

Date: 8/21/24 [signature]     Right Thumb Seal

Hawes : Robert ™©
Family Name

<u>CERTIFICATE OF SERVICE</u>

i certify that on 8/21/24 a copy of this order was ✗ mailed ___ delivered to: ✓ Court Clerk ✗ Attorney General ✗ Governor's Office ___ Other _____

COMMON LAW ORDER     "WE THE PEOPLE"     UCC 1-308

"COMMON LAW JURISDICTION ONLY"

Alaska Statehood Act, July 7th, 1958, P.L. 85-508, H.R. 7999, 72 Stat. 339
Constitution of the State of Alaska, Art. IV, § 3

" __Superior__ Court of Record" __Third__ District __Palmer__

| | |
|---|---|
| Hawes : Robert ™©  a sui juris and Sovereign  Claimant,  vs.  State of Alaska - de jure/  STATE OF ALASKA - DE FACTO  by AS 44.23.010 & subordinates  of AS 44.17.005(3)  Plaintiff(s) | CASE NO. __3PA-21-01098/3PA2101098CR__  COMMON LAW ORDER  FOR __Evidentiary Hearing__ |

File upon Receipt
Lodge upon Receipt

CERTIFICATION. I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was court ordered.

i, sui juris __Hawes : Robert ™©__, order that an Evidentiary Hearing be held under my Due Process Rights.

Reason: Due to the State of Alaska violating my Due Process Rights under Alaska R. Crim. Proc. 42(e), i demand an Evidentiary Hearing, so i can prove my innocence.

Date __8/21/24__                                    _[signature]_                          Right Thumb Seal
                                                             Claimant Authorized Rep. w/o Recourse
                                                             All Rights Res. w/o Prejudice

__GCCC 22301 West Alsop Road__   __Wasilla, Alaska [99623]__   __(907) 864-8100__
   Mailing Address                  City      State     Zip        Daytime Phone

PROSECUTOR'S REPLY ( __X__ not necessary)

Reason: State of Alaska - de jure/ STATE OF ALASKA - DE FACTO by AS 44.23.010 & subordinates of AS 44.17.005(3).

ORDER

__X__ Order Granted

Non-Opposition of the State of Alaska - Non-Compliance will result in the dismissal of all charges. An Evidentiary Hearing is granted.

Date __8/21/24__                                  _[signature]_                           Right Thumb Seal
                                                          Claimant Authorized Rep. w/o Recourse
                                                          All Rights Res. w/o Prejudice

                                                          __Hawes : Robert ™©__
                                                          Type or Print Name

i certify that on __8/21/24__
a copy of this order was given
or sent to : __X__ Court Clerk   __X__ AG's Office
__X__ Governor's Office     Signature _[signature]_

Clerk: _____

"WE THE PEOPLE"                                              UCC 1-308