FILED in the TRIAL COURTS
State of Alaska Third District
at Palmer, Alaska

SEP 24 2024

Clerk of the Trial Courts
By _____ Deputy

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT __PALMER__

[X] STATE OF ALASKA )
[ ] )
                Plaintiff, )
vs. Pro Per )  CASE NO. __3PA-21-01098__ C.R
   Hawes, Robert D. )
               Defendant. )  **REQUEST AND ORDER**
  DOB: __09/13/1953__ )  FOR __Representation Hearing__

**REQUEST**
*[Type or print neatly]*

> CERTIFICATION. I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

I, __Robert D. Hawes__, request that __my appointed counsel be discharged from duty and new counsel be appointed to my case.__

Reason: __Due to dereliction of duty and inefective assistance of counsel. Failure to file requested motions to include-but not limited to- request/motion for dismissal due to violation of speedy trial.__

__September 19, 2024__          [signature]
Date                                     Defendant's Signature

Mailing Address (Include City, State, ZIP): __22301 W. Alsop Rd., Wasilla, AK 99623__

Daytime Phone: __N/A__    Email: __N/A__

*[NOTE: If you are an attorney filing this form, you must attach a certificate of service with this request. The court will only perform service for self-represented defendants.]*

**PROSECUTOR'S REPLY** ([ ] not necessary)

Prosecutor [ ] does [ ] does not oppose this request. Reason: _____

_____             _____
Date                                            Prosecutor's Signature  ABA #

**ORDER**

[ ] Hearing ordered. Date: _____ Time: _____ Courtroom: _____
[ ] Request granted. [X] Request denied.
__MOTIONS MUST COME FROM ATTORNEYS.__
__MR. HAWES CAN ASK HIS ATTY TO FILE THIS MOTION__
__AFTER TALKING TO HIM/HER.__

__9-10-24__                    [signature]
Date                                     Judicial Officer
                                              __A. V. Jamgochian__
                                              Type or Print Name

I certify that on _____, a copy of this order was given or sent to:
[ ] Pros [ ] Deft/Atty [ ] PED [ ] Local Jail [ ] Local Police/VPSO/Village: _____ [ ] AST [ ] DPS
[ ] ASAP [ ] DMV [ ] CWS [ ] DVIP [ ] Collections [ ] TCA [ ] _____ Clerk: _____

CR-770 (9/22)                                            Crim. R. 44(f) & Adm. Bull. 53
REQUEST AND ORDER                                   AS 12.61.110, AS 12.61.130

# Alaska Trial Courts
# Certificate of Distribution

Case Number: 3PA-21-01098CR

Case Title: SOA VS. HAWES, ROBERT DENNIS

---

The Alaska Trial Courts certify that the Court Order: Order was distributed to:

| Recipient | Servicing Method | Distribution Date |
|---|---|---|
| District Attorney (3PA) | Email | 10/10/2024 |
| Robert Hawes | Mail | 10/10/2024 |
| Public Defender Agency (3PA) | Email | 10/10/2024 |