**Alaska Public Defender Agency**
Elvina R. Meyer • elvina.meyer@alaska.gov
515 E. Dahlia, Suite 100 • Palmer, AK 99645
Phone: (907) 707-1724 • Fax: (907) 707-1731
Service: doa.pda.palm.service@alaska.gov

Received in the Alaska Trial Courts on 12/09/2024.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT PALMER

STATE OF ALASKA,

    Plaintiff,

  v.            Case No. 3PA-21-01098CR

ROBERT DENNIS HAWES,

    Defendant.

## REQUEST FOR REPRESENTATION HEARING

**VRA CERTIFICATION**
I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

  Robert Hawes requests that a representation hearing be scheduled. Defense counsel is largely free on December 16, 17, 18, and 19th.

            ALASKA PUBLIC DEFENDER AGENCY

DATE 12/9/2024      /s/ Elvina R. Meyer
            Elvina R. Meyer
            Assistant Public Defender
            Alaska Bar No. 2009086

I certify that on 12.9.2024 a copy of this document and its attachments was emailed/eFiled/faxed/mailed/hand-delivered to:
DAO
By: Andrew S via Truefiling

*Notice*
*State v. Robert Dennis Hawes, Case No. 3PA-21-01098CR*  Page 1 of 1
Case 3:24-cv-00124-SLG-KFR  Document 13-15  Filed 01/27/25  Page 1 of 1
Exhibit 15
Page 1 of 1