Alaska Public Defender Agency
Elvina R. Meyer • elvina.meyer@alaska.gov
515 E. Dahlia, Suite 100 • Palmer, AK 99645
Phone: (907) 707-1724 • Fax: (907) 707-1731
Service: doa.pda.palm.service@alaska.gov

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT PALMER

STATE OF ALASKA,

    Plaintiff,

v.                        Case No. 3PA-21-01098CR

ROBERT DENNIS HAWES,

    Defendant.

## ORDER

It is hereby ordered that a representation hearing is scheduled for 12/16/24 @ 2:00pm

DATE  12/10/2024

_____
SUPERIOR COURT JUDGE

Notice
*State v. Robert Dennis Hawes, Case No. 3PA-21-01098CR*  Page 2 of 3
Case 3:24-cv-00124-SLG-KFR  Document 13-16  Filed 01/27/25  Page 1 of 2
Exhibit 16
Page 1 of 2

# Alaska Trial Courts
# Certificate of Distribution

Case Number: 3PA-21-01098CR

Case Title: SOA VS. HAWES, ROBERT DENNIS

---

The Alaska Trial Courts certify that the Order Granting Motion / Hawes, Robert Dennis Case Motion #18 Request for Representation Hearing was distributed to:

| Recipient | Servicing Method | Distribution Date |
|---|---|---|
| District Attorney (3PA) | Email | 12/11/2024 |
| Public Defender Agency (3PA) | Email | 12/11/2024 |
| Carla Erickson | Email | 12/11/2024 |
| Carla Erickson | Email | 12/11/2024 |