David A. Case
49th State Law LLC
PO Box 661
Soldotna, AK 99669
(907) 420-4290 | Fax (907) 308-6685
David@49thstatelaw.com

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT DENNIS HAWES | Case No.: 3:24-cv-00124-SLG |
| Petitioner, | |
| vs. | **ENTRY OF APPEARANCE** |
| SUPERINTENDENT ANGOL, | |
| Respondent | |

Undersigned counsel hereby enters an appearance as CJA counsel for purposes of the petitioner's 28 U.S.C. 2241 proceeding.

                                      49th State Law LLC

| | |
|---|---|
| Dec. 19, 2025 | /s/David A. Case (CJA Appt.) |
| Date | David A. Case |
| | Attorney for Petitioner/Appellant |
| | Alaska Bar Number 0902002 |

Certificate of Service.

I certify that on the date above this document was filed and served electronically on attorneys of record using CM/ECF. /s/David A. Case

EOA - 1