UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT DENNIS HAWES, <br><br> Petitioner - Appellant, <br><br> v. <br><br> S. ANGOL, Superintendent, <br><br> Respondent - Appellee. | No. 25-5157 <br><br> D.C. No. 3:24-cv-00124-SLG-KFR <br> District of Alaska, Anchorage <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Jane Martinez's motion to withdraw as counsel does not comply with Ninth Circuit Rule 4-1(c) and was not served on appellant Robert Hawes. The motion (Docket Entry No. 12) is therefore denied.