

**FILED**

FEB 25 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT DENNIS HAWES, | No. 25-5157 |
| Petitioner - Appellant, | D.C. No. 3:24-cv-00124-SLG-KFR District of Alaska, Anchorage |
| v. | |
| S. ANGOL, Superintendent, | ORDER |
| Respondent - Appellee. | |

Before: CANBY and HURWITZ, Circuit Judges.

The request for a certificate of appealability is denied because appellant has not shown that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also* 28 U.S.C. § 2253(c)(2); *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012); *Wilson v. Belleque*, 554 F.3d 816, 825-26 (9th Cir. 2009).

All pending motions are denied as moot.

**DENIED.**